**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAVIER NAVARRO-TEJADA,

          Petitioner,

      v.

MARKWAYNE MULLIN, et al.,

          Respondents.

_____

Case No. 5:26-cv-01740-JGB-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Javier Navarro-Tejada (A # 092-349-078) from immigration custody, subject to appropriate conditions of supervision; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless either petitioner has violated a term of his release or because his deportation is imminent and they have first obtained the necessary documents for his removal, in which case respondents shall follow all procedures set forth in 8 C.F.R.

§ 241.13 and any other applicable statutory and regulatory procedures; (5) petitioner's ex parte application for a temporary restraining order (docket no. 2) is denied as moot; and (6) respondents shall file a status report no later than 3 court days from the date of this Order regarding their compliance with this Order.

Dated: June 18, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE