JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAVIER NAVARRO-TEJADA,<br>　　　　　Petitioner,<br>　　　v.<br>MARKWAYNE MULLIN, et al.,<br>　　　　　Respondents. | Case No. 5:26-cv-01740-JGB-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated:  June 18, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE